EDGAR DYKES v. SATTE.

No. A-1605.   Opinion Filed June 14, 1913.

Appeal from Caddo County Court;

C. R. Hume, Judge.

Bristow & McFayden, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

Appellant was convicted in the county court of Caddo county charged with a violation of the prohibitory liquor law. The judgment of conviction is reversed by this court from the bench without a written opinion upon the ground of the insufficiency of the evidence.

LOGAN BILLINGSLEY v. STATE.

No. A-1965.   Opinion Filed June 17, 1913.

Appeal from Oklahoma County Court;

John W. Hayson, Judge.

Logan Billingsley was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

PER CURIAM.  Upon showing made by the Attorney General in this case that the plaintiff in error has become a fugitive from justice this appeal is dismissed.